NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6237
Kevin.Schiff@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | 2:18-cr-00332-APG-NJK |
| Plaintiff, | **Motion and Order to Dismiss Indictment Without Prejudice** |
| vs. | |
| Rogelio Adan Rubio-Diaz, | |
| Defendant. | |

The United States of America by and through Nicholas A. Trutanich, United States Attorney for the District of Nevada, and Kevin Schiff, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure seek leave from this Court to dismiss the Indictment in the above captioned matter without prejudice.

On October 25, 2018 the Defendant was ordered released pending trial on a personal recognizance bond with conditions of pre-trial release. Immediately after that release, the Defendant was taken into custody by Immigrations and Customs Enforcement (ICE).

The Government was informed by ICE on January 17, 2019 that the Defendant was removed from the United States on January 15, 2019.

DATED this 22nd day of January, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Kevin Douglas Schiff*
Kevin D. Schiff
Assistant United States Attorney

## Certificate of Service

I, Kevin Schiff, certify that Counsel for the Defendant, Nisha Brooks-Whittington, was served with a copy of this motion on this date by through the electronic case filing system.

DATED: January 22, 2019

/s/ *Kevin Douglas Schiff*
KEVIN SCHIFF
Assistant United States Attorney

|   |   |   |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEVADA | | |
| United States of America,<br><br>                Plaintiff,<br><br>vs.<br><br>Rogelio Adan Rubio-Diaz,<br><br>                Defendant. | 2:18-cr-00332-APG-NJK<br><br>**Order Dismissing the Indictment Without Prejudice** | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure the United States Attorney for the District of Nevada has moved to dismiss without prejudice the Indictment and all charges brought against Rogelio Adan Rubio-Diaz in the above captioned matter.

With leave of this Court, the Motion is granted and the Indictment is dismissed without prejudice. All future court hearings to include the trial currently set for May 6, 2019 and Calendar call currently set for April 30, 2019 are hereby vacated. Any previously imposed conditions of pre-trial release are hereby exonerated.

IT IS SO ORDERED:

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
Dated: January 25, 2019.